IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

REGINALD FULLARD,           )
                            )
            Plaintiff,      )
                            )
      v.                    )        1:20CV100
                            )
STATE OF NORTH CAROLINA,    )
et al.,                     )
                            )
            Defendant(s).   )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on April 28, 2020, was served on the parties in this action. (ECF Nos. 13, 14). Plaintiff objected to the Recommendation. (ECF No. 15.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

IT IS THEREFORE ORDERED that Plaintiff's motion for reconsideration, (ECF No. 11), be DENIED.

This, the 14th day of May 2020.

/s/ Loretta C. Biggs
United States District Judge